Opinion filed January 14, 2010 











 
 
  
 
 







 
 
  
 
 




Opinion filed January 14,
2010 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00281-CV

                                                    __________

                                                              

                               IN
THE MATTER OF THE ESTATE OF 

IDA BALDWIN DENISON, DECEASED

                                                               



 

                                          On
Appeal from the 39th District Court

 

                                                       Stonewall
County, Texas

 

                                            Trial
Court Cause No. 4222-A/4222-B

 



 

                                              M E M
O R A N D U M   O P I N I O N

Appellees
have filed in this court a motion to dismiss this appeal on the grounds that
the orders appellant is challenging are non-appealable interlocutory orders. 
Appellant has filed a lengthy response to the motion to dismiss but has failed
to establish that this court has jurisdiction over an appeal from these
interlocutory orders.

Therefore,
the motion is granted, and the appeal is dismissed for want of jurisdiction.

 

PER CURIAM

January 14, 2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.